IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

THROUGH THE LYNS LLC D/B/A FIG ) 
& FRIENDS, )
 )
     Plaintiff, )
 )     NO. 3:26-cv-00530
v. )
 )     JUDGE RICHARDSON
THE ENTITIES, PARTNERSHIPS, AND )
UNINCORPORATED ASSOCIATIONS )
LISTED ON SCHEDULE A, )

     Defendants.

## <u>ORDER</u>

Pending before the Court is "Plaintiff's Unopposed Motion to Drop Settled Defendants Pursuant to Federal Rule of Civil Procedure 21" (Doc. No. 60, "Motion"), wherein Plaintiff requests that the Court dismiss with prejudice Defendant No. 126 (Lushan City Mozhela E-commerce Co., Ltd.); Defendant No. 132 (Tongxitt); and Defendant No. 143 (MIMIMAMKT) as parties to this action. (*Id.* at 1). The Motion also notes that it "does not affect Plaintiff's claims against any other Defendant in this action, and Plaintiff's claims proceed against all Defendants other than Defendant Nos. 126, 132, and 143." (*Id.* at 2).

Rule 21 provides that the Court may at any time, on motion or on its own, add or drop a party or claim. The Court must make an independent determination that dropping the specific parties is appropriate. Here, the Court has little difficulty concluding that the interests of justice support dropping the parties as requested, given its potential for increasing judicial efficiency in resolving this dispute, the absence of any objection, the earliness of the current stage of litigation,

and the unlikelihood of any prejudice to these three Defendants or any other Defendants. Accordingly, the Motion (Doc. No. 60) is **GRANTED**.

Because the Motion indicates that the claims brought by Plaintiff against Defendant No. 126 (Lushan City Mozhela E-commerce Co., Ltd.); Defendant No. 132 (Tongxitt); and Defendant No. 143 (MIMIMAMKT) are dismissed with prejudice, those claims are **DISMISSED** with prejudice, and the Clerk of the Court is **DIRECTED** to terminate each of these Defendants as defendants in this action. The claims between Plaintiff and the remaining Defendants remain pending.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE